the United States Circuit Court of Appeals for the Second Circuit granted. *The Attorney General* and *The Solicitor General* for petitioner. *Mr. Albert H. Washburn* for respondent.

---

No. 886. A. H. GRIGSBY, PETITIONER, *v.* R. L. RUSSELL ET AL., ADMINISTRATORS, ETC. May 24, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit granted. *Mr. John A. Pitts* for petitioner. No appearance for respondents.

---

No. 853. A. D. CLARKE ET UX., PETITIONERS, *v.* T. W. HARRISON. May 24, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Charles A. Clark* for petitioners. *Mr. T. W. Harrison* for respondent.

---

No. 861. THE COLORADO & SOUTHERN RAILWAY COMPANY, PETITIONER, *v.* J. J. SATTERFIELD. May 24, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Elmer E. Whitted* for petitioner. *Mr. Cone Johnson* and *Mr. J. M. Edwards* for respondent.

---

No. 865. LEEDS & CATLIN COMPANY, PETITIONER, *v.* AMERICAN GRAPHOPHONE COMPANY. May 24, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Louis Hicks* for petitioner. *Mr. Philip Mauro* and *Mr. C. A. L. Massie* for respondent.